IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 17 2013

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| YOUNG YIL JO,<br><br>    Plaintiff,<br><br>vs.<br><br>SIX UNKNOWN NAMES AGENTS and BARACK OBAMA,<br><br>    Defendants. | CV 13–109–M–DWM—JCL<br><br>ORDER |

IT IS ORDERED that Magistrate Judge Lynch's Findings and Recommendation (doc. 2) is ADOPTED IN FULL. Young Yil Jo's complaint is DISMISSED WITHOUT PREJUDICE. *See* 28 U.S.C. § 1915(g). The Clerk of Court is directed to close this case and enter judgment against Young Yil Jo.

Dated this 17th day of June 2013.

Donald W. Molloy, District Judge
United States District Court