IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 1 7 2013

Clerk, U.S. District Court
District Of Montana
Missoula

YOUNG YIL JO,

        Plaintiff,

vs.

SIX UNKNOWN NAMES AGENTS and
BARACK OBAMA,

        Defendants.

CV 13–109–M–DWM—JCL

ORDER

IT IS ORDERED that Magistrate Judge Lynch's Findings and

Recommendation (doc. 2) is ADOPTED IN FULL. Young Yil Jo's complaint is

DISMISSED WITHOUT PREJUDICE. *See* 28 U.S.C. § 1915(g). The Clerk of

Court is directed to close this case and enter judgment against Young Yil Jo.

Dated this ___ day of June 2013.

Donald W. Molloy, District Judge
United States District Court